■ In the Matter of WILLIAM VAN NOSTRAND, Appellant, v COUNTY OF NASSAU et al., Respondents. [646 NYS2d 623] —In a proceeding pursuant to CPLR article 78, the petitioner appeals from a judgment of the Supreme Court, Nassau County (Lockman, J.), dated July 30, 1992, which dismissed the proceeding.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Lockman at the Supreme Court. Thompson, J. P., Copertino, Krausman and Florio, JJ., concur.